DONALD VAN SCOY, Respondent, v. NORMA J. GETMAN, as Administratrix of the Estate of SHERMAN J. GETMAN, Deceased, Appellant.— All concur. (Appeal from a judgment for plaintiff in a civil action for assault.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

JUDSON C. HENDERSON et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 30056.) — All concur. (Appeal from a judgment for claimant for damages for the appropriation of land water rights.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *post,* p. 844.]

HARRY S. TRIPP, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 29985.) — All concur. (Appeal from a judgment dismissing claimant's claim for medical attendance alleged to have been furnished claimant's daughter as a result of her having fallen in a sunken areaway near a State college.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *post,* p. 975.]

HARRY S. TRIPP, as Guardian ad Litem of JEAN TRIPP, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 29986.) All concur. (Appeal from a judgment dismissing claimant's claim for damages for personal injuries alleged to have been sustained by claimant as the result of her having fallen in a sunken areaway near a State college.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *post,* p. 975.]

In the Matter of the Probate of the Will of ROSCOE E. JONES, Deceased. IRVING D. JONES, Appellant; ELIZABETH HODGSON, Respondent.—

All concur. (Appeal from part of a decree admitting to probate the alleged last will and testament of decedent, and from an order denying contestant's motion for a directed verdict and for the setting aside of the verdict with respect to the issue of testamentary capacity.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.